# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DEBORAH REARICK,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>GRAHAM SPANIER, et al.<br><br>　　　　Defendants, | CIVIL ACTION NO. 4:11-CV-624<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW**, this 30th day of April, 2012, **IT IS HEREBY ORDERED** that:

(1) Defendants Spanier, Wiedemer, Horvath, Doncsecz, Mattern, Maney, and Killian's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 36) is **GRANTED**.

(2) Defendants Pennsylvania State University, Nirnberger, and Courtney's Motion to Dismiss Plaintiff's Second Amended Complaint (Doc. 47) is **GRANTED**.

(3) Plaintiff's First Amendment Retaliation Claims are **DISMISSED WITH PREJUDICE.**

(4) Plaintiff is given twenty-one (21) days from the date of this order to file a third amended complaint solely as to her claim under the Second Amendment. Failure to do so will result in dismissal of this action.

　　　　　　　　　　　　　　　　　　　　　/s/ A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　　A. Richard Caputo
　　　　　　　　　　　　　　　　　　　　　United States District Judge