**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

DEBORAH REARICK,

        Plaintiff,

SUSAN J. WIEDEMER, and ROBERT
MANEY,

        Defendants.

CIVIL ACTION NO. 4:11-cv-624

(JUDGE CAPUTO)

## ORDER

**NOW**, this 6th day of August, 2012, **IT IS HEREBY ORDERED** that the Defendants'

Motion to Dismiss ths Plaintiff's Third Amended Complaint (Doc. 58) is **GRANTED**. Plaintiff's

Complaint is **DISMISSED WITH PREJUDICE** and the Clerk of Court is directed to mark this

case as **CLOSED**.


        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge